# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BDJ INVESTMENTS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>US BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CERRIFICATE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES 1 LLC, ASSET BACK CERTIFICATES, SERIES 2006-AC5, A NATIONAL ASSOCIATION,<br>Respondent. | No. 70229 |

**FILED**

OCT 24 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

| | |
|---|---|
| BDJ INVESTMENTS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACKED CERTIFICATES, SERIES 2006-AC5,<br>Respondent. | No. 72564 |

## ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEALS

The parties have filed a stipulation to dismiss these appeals and remand this matter to the district court pursuant to *Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010), and *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978). The stipulation is accompanied by a district court order certifying that, upon remand, it would vacate the orders challenged in these appeals and allow the parties to proceed with discovery and litigation.

We treat the stipulation as a joint motion and, cause appearing, grant the motion. We remand these matters to the district court pursuant

17-36470

to its certification and order these appeals dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate these appeals should the district court decline to grant the relief requested. Any such motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief.

It is so ORDERED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Kathleen E. Delaney, District Judge
John Walter Boyer, Settlement Judge
Ayon Law, PLLC
Ballard Spahr LLP
Eighth District Court Clerk